Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARE NECESSITIES TOUR AND TRAVEL COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BEACHCOMBER CRUISES, INC. D/B/A PAUL GAUGUIN CRUISES, <br><br> Defendant. | Case No.: 2:20-cv-00714-JLR <br><br> STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE <br><br> Noted for Consideration: June 15, 2020 |

It is hereby stipulated and agreed between Plaintiff and Defendant that the above-entitled matter has been fully settled and compromised and that all claims asserted by Plaintiff should be dismissed with prejudice and without award of costs or fees to any party.

DATED:  June 15, 2020

| STOKES LAWRENCE, P.S. | COZEN O'CONNOR |
|---|---|
| By: */s/John Fetters* <br> John Fetters (WSBA #40800) <br> 1420 Fifth Avenue, Suite 3000 <br> Seattle, WA  98101-2393 <br> Telephone: 206-626-6000 <br> Fax: 206-464-1496 <br> E-mail: john.fetters@stokeslaw.com <br><br> Attorneys for BARE NECESSITIES TOUR AND TRAVEL COMPANY, INC. | By: */s/Karl Neumann* <br> E-mail Authority 6/15/2020 <br> Karl Neumann (WSBA #48078) <br> 999 3rd Ave Ste 1900 <br> Seattle, WA 98104-4028 <br> Phone: (206) 340-1000 <br> Fax: (206) 621-8783 <br> E-mail: KNeumann@cozen.com <br><br> Attorneys for PACIFIC BEACHCOMBER CRUISES, INC. D/B/A PAUL GAUGUIN CRUISES |

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE - 1

Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARE NECESSITIES TOUR AND TRAVEL COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC BEACHCOMBER CRUISES, INC. D/B/A PAUL GAUGUIN CRUISES, <br><br> Defendant. | Case No.: 2:20-cv-00714-JLR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of dismissal filed by the parties, the Court hereby ORDERS that all claims asserted by Plaintiff are dismissed with prejudice and without award of costs or fees to any party.

Dated this  15th  of June 2020.

_____
Hon. James L. Robart
United State District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1